(No. 5944—

INSTITUTE OF LETTERING AND DESIGN, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

INSTITUTE OF LETTERING AND DESIGN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.